**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-1466**

---

JACK D. LIFFITON,

                                        Plaintiff - Appellant,

        versus

CAROL PAVILACK GETTY; JASPER CLAY, JR.; PAROLE
EXAMINER TENNY; PAROLE EXAMINER LINDSEY,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge.
(CA-95-1273-JFM)

---

Submitted:  June 28, 1996          Decided:  July 10, 1996

---

Before ERVIN, LUTTIG, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Jack D. Liffiton, Appellant Pro Se.  Kaye A. Allison, OFFICE OF THE
UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his action pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Liffiton v. Getty</u>, No. CA-95-1273-JFM (D. Md. Feb. 28, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>